**FILED**
June 13, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                           )<br>            Plaintiff,                     )<br>v.                                                    )<br>                                                           )<br>CHRISTOPHER GOMES,            )<br>                                                           )<br>            Defendant.                  ) | Case No. CR. S-05-0234-MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>CHRISTOPHER GOMES</u>, Case No. <u>CR. S-05-0234-MCE</u>, Charge, Possession with Intent to Distribute Methamphetamine, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    _X_  Bail Posted in the Sum of $ <u>100,000.</u>

        _X_  Unsecured Appearance Bond

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

        __  (Other)   <u>Secured by Real Property belonging to the deft's Mother, and Pre-Trial Services Supervision</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>June 13, 2005</u> at <u>2:33 pm</u>.

By   /s/ Peter A. Nowinski
Peter A. Nowinski
United States Magistrate Judge