QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTOPHER GOMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER GOMES,<br><br>　　　　Defendant.<br>_____ | NO. CR. S-05-0234 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>Date:　June 21, 2005<br>Time:　8:30 a.m.<br>Judge: Hon. Morrison C. England |

　　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Christopher Gomes, that the status conference scheduled for June 21, 2005, may be continued to August 2, 2005, at 8:30 a.m.

　　　This is a new case, arraigned June 13, 2005. Counsel for the government will provide discovery to defense counsel who seeks additional time to review it, to discuss it with Mr. Gomes, to perform sentencing calculations, and to complete other tasks before scheduling future action. Mr. Gomes is also scheduled to participate in a rehabilitation program while on release. So that these tasks may be completed, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be

1  excluded from the date of this order through August 2, 2005, pursuant to 18
2  U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).
3                                          Respectfully submitted,
4                                          QUIN DENVIR
                                           Federal Defender
5
6  Dated: June 15, 2005                    /s/ T. Zindel
                                           TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                           Attorney for CHRISTOPHER GOMES
8
9                                          McGREGOR SCOTT
                                           United States Attorney
10
11 Dated: June 15, 2005                    /s/ M. Grad
                                           MARY GRAD
12                                         Assistant U.S. Attorney
13
14                          **O R D E R**
15     The status conference of June 21, 2005 is continued to August 2, 2005, at
16 8:30 a.m., and time under the Speedy Trial Act is excluded through that date for
17 the reasons set forth above and by agreement of the parties.
18     IT IS SO ORDERED.
19
20 Dated: June 16, 2005
21
22
23                                         _____
                                           MORRISON C. ENGLAND, JR
24                                         UNITED STATES DISTRICT JUDGE
25
26
27
28

2