QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CHRISTOPHER GOMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S-05-0234 MCE |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| CHRISTOPHER GOMES, ) | |
| Defendant. ) | Date: September 20, 2005<br>Time: 8:30 a.m.<br>Judge: Hon. Morrison C. England |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Christopher Gomes, that the status conference scheduled for September 20, 2005, may be continued to October 4, 2005, at 8:30 a.m.

   Counsel for the government today made a plea offer in the case. Government counsel needs additional time to put the offer in writing. Defense counsel seeks time to discuss the offer with Mr. Gomes. So that these tasks may be completed, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through October 4, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender


Dated: September 15, 2005               /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for CHRISTOPHER GOMES


                                        McGREGOR SCOTT
                                        United States Attorney


Dated: September 15, 2005               /s/ M. Grad
                                        MARY GRAD
                                        Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to October 4, 2005, at 8:30 a.m., and time under the Speedy Trial Act is excluded through that date for the reasons set forth above and by agreement of the parties.

IT IS SO ORDERED.

Dated: September 20, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE