```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    CHRISTOPHER GOMES
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR. S-05-0234 MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER CONTINUING** |
|  | ) **STATUS CONFERENCE** |
| CHRISTOPHER GOMES, | ) |
| Defendant. | ) Date: October 4, 2005 |
|  | ) Time: 8:30 a.m. |
|  | ) Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Christopher Gomes, that the status conference scheduled for October 4, 2005, may be continued to October 11, 2005, at 8:30 a.m.

Defense counsel will not be able to review the government's plea offer with Mr. Gomes until the afternoon of October 3, which would leave the Court insufficient time to review the plea agreement in advance of the plea (if there is to be one). So that Mr. Gomes may review and consider the agreement, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order

1  through October 11, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
2  (B)(iv)(Local Code T4).
3                                          Respectfully submitted,
4                                          QUIN DENVIR
                                            Federal Defender
5
6  Dated: September 30, 2005               /s/ T. Zindel
                                            TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                            Attorney for CHRISTOPHER GOMES
8
9                                          McGREGOR SCOTT
                                            United States Attorney
10
11 Dated: September 30, 2005               /s/ M. Grad
                                            MARY GRAD
12                                         Assistant U.S. Attorney
13

**O R D E R**

15     The status conference is continued to October 11, 2005, at 8:30 a.m., and
16 time under the Speedy Trial Act is excluded through that date for the reasons
17 set forth above and by agreement of the parties.
18     IT IS SO ORDERED.
19
20 Dated: October 6, 2005
21
22
23                                         _____
                                            MORRISON C. ENGLAND, JR
24                                         UNITED STATES DISTRICT JUDGE

2