DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTOPHER GOMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:05-cr-0234 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXONERATING BOND AND RECONVEYING PROPERTY** |
| CHRISTOPHER GOMES, | |
| Defendant. | Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Christopher Gomes, that the bond posted to secure Mr. Gomes' release pending trial, sentencing, and surrender may be exonerated and the posted property reconveyed to the owner.

On June 13, 2005, the magistrate judge ordered Mr. Gomes released pending trial on a $100,000 secured bond. That bond was later posted and secured by a lien on property previously identified in the court record. On January 3, 2006, the Court sentenced Mr. Gomes to serve four years in prison, permitting him to surrender on February 7, 2006. On February 7, Mr. Gomes surrendered to the Federal Prison Camp at Yankton, South Dakota. Defense counsel has confirmed his presence there via the Bureau of Prisons inmate locator at www.bop.gov. The

parties agree that the bond may be ordered exonerated and the Clerk directed to reconvey the security to its owner.

                Respectfully submitted,

                DANIEL J. BRODERICK
                Acting Federal Defender

Dated: February 14, 2006        /s/ T. Zindel
                TIMOTHY ZINDEL
                Assistant Federal Defender
                Attorney for CHRISTOPHER GOMES

                McGREGOR SCOTT
                United States Attorney

Dated: February 14, 2006        /s/ T. Zindel for M. Grad
                MARY GRAD
                Assistant U.S. Attorney

## O R D E R

The bond in this case is exonerated. The Clerk shall immediately reconvey to the surety all property posted to secure defendant's release.

IT IS SO ORDERED.

Dated: February 24, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2